IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03491-JLK-KLM

CONNOR ALCOCK,

    Plaintiff,

v.

DOUG BOBILYA,

    Defendant.

_____

**INSTRUCTIONS FOR EARLY NEUTRAL EVALUATION ("ENE")
BY MAGISTRATE JUDGE MIX**

*Effective March 6, 2012*

_____

    This matter is before the Court on a telephone call for counsel for the parties and the Court's March 16, 2015 Minute Order [#10]..

    IT IS HEREBY **ORDERED** that the ENE set for April 7, 2015 from 10:30 a.m. to 11:30 a.m. is **VACATED** and **RESET** to **April 13, 2015** from **1:30 p.m. to 2:30 p.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Accordingly,

    IT IS **FURTHER** ORDERED as follows:

1. The parties shall submit materials for the Court's review by emailing them to Mix_Chambers@cod.uscourts.gov. Absent extraordinary circumstances, all materials, including exhibits, shall be limited to a total of 25 pages per side. Any materials in excess of 25 pages or received after **April 6, 2015** will not be considered by the Court.

2. Trial counsel for the parties shall attend the ENE in person. Parties may, but are not required, to attend.

3. The ENE will be conducted on the record. A transcript of the ENE may be ordered by the parties as they deem appropriate. The ENE transcript, record and materials are protected by Fed. R. Evid. 408 and shall not be used for any purpose contrary to the Rule.

4. The Courtroom will be closed to non-parties and/or non-attorneys-of-record

1

during the ENE.

Dated:  March 23, 2015