## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03491-JLK

CONNOR ALCOCK,

    Plaintiff,

v.

DOUG BOBILYA,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation for Dismissal (Doc. 24) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay their own attorneys' fees and costs.

BY THE COURT:

January 6, 2016
DATE

*John L. Kane*
John L. Kane
Senior U.S. District Court Judge